**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Mark B. Aronson,<br><br>PLAINTIFF,<br><br>v.<br><br>Generation Mortgage Company,<br><br>DEFENDANT. | CIVIL ACTION NO. __13-cv-00626-AJS_<br><br>Allegheny County Court of Common Pleas, Case No. GD-13-006929<br><br>NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§1331, 1441, 1446, and 47 U.S.C. §227<br><br>Complaint Filed: April 18, 2013 |

**CERTIFICATE OF SERVICE**
**RE: NOTICE OF REMOVAL OF ACTION**

I, M. Troy Freedman, Esquire, hereby certify that I am over 18 years of age; and that, on this date, a true and correct copy of the NOTICE OF REMOVAL OF ACTION was served upon the following individual via simultaneous regular mail, postage prepaid and certified mail, return receipt requested:

> Mark B. Aronson
> 2525 Greensburg Pike
> Pittsburgh, PA  15221

I hereby certify that the foregoing is true and correct under penalty of perjury.

Dated: 5-7-13

> RICHARD M. SQUIRE & ASSOCIATES, LLC
>
> BY:__/s/ M. Troy Freedman_____
> M. Troy Freedman, Esquire
> 115 West Avenue, Suite 104
> Jenkintown, PA 19046
> (215) 886-8790
> (215) 886-8791 (fax)
> tfreedman@squirelaw.com (email)
> Attorneys for Defendant