IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK B. ARONSON, | :CIVIL ACTION NO. 13 cv 00626 AJS |
| Plaintiff, | : |
| GENERATION MORTGAGE COMPANY, | : |
| Defendant. | : |

## NOTICE OF DISMISSAL

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSULVANIA:

Plaintiff Mark B. Aronson, Pro se, hereby files this as and for his "NOTICE OF DISMISSAL" and certifies that the only civil action that he has ever filed against this Defendant was filed of record in the Court of Common Pleas of Allegheny County, Pennsylvania at Civil Action No. GD13-006929 which Defendant removed to Your Honorable Court and which was docketed as CIVIL ACTION NO. 13 cv 00626 AJS.

Respectfully submitted,

Mark B. Aronson
Plaintiff Pro se

2525 Greensburg Pike
Pittsburgh, PA 15221

(412) 243-2224

AND NOW, this 13th day of May, 2013,
IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2